UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CONNIE MCDANEL,

                Plaintiff(s),

vs.

MICHAEL G. MCDANEL,

                Defendant(s).

2:17-cv-00492-GMN-NJK

**O R D E R**

Pending before the Court is the parties' stipulation to extend the deadline to prepare and submit a discovery plan and proposed scheduling order. Docket No. 29. The parties ask the Court to suspend the deadline for them to submit a proposed discovery plan until ten days after the Court's resolution of two pending dispositive motions because, they submit, the outcome of those motions will impact the scope of discovery. *Id.* at 1-2. The mere pendency of a dispositive motion does not delay the parties' discovery obligations. *Cf. Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Moreover, the parties present no authority to support the relief they seek.

Accordingly, the parties' stipulation to extend the deadline to prepare and submit a discovery plan and proposed scheduling order, Docket No. 29, is hereby **DENIED**. The parties shall submit either a stipulated proposed discovery plan and scheduling order, or a renewed stipulation to suspend the deadline for filing a proposed discovery plan supported by appropriate authority, no later than April 17, 2017.

IT IS SO ORDERED.

DATED: April 10, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge