# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CONNIE MCDANEL,

        Plaintiff,

vs.

MICHAEL G. MCDANEL,

        Defendant.

Case No.: 2:17-cv-00492-GMN-NJK

**ORDER**

    Pending before the Court is the Motion to Strike, (ECF No. 7), filed by Defendant Michael G. McDanel ("Defendant"). Plaintiff Connie McDanel ("Plaintiff") filed a Response, (ECF No. 16), and Defendant filed a Reply, (ECF No. 20).

    Prior to Defendant's Reply, however, Plaintiff filed an Amended Complaint. (ECF No. 18). "[A]n amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). While Defendant references portions of the Amended Complaint in his Reply, the underlying Motion to Strike pertains to the original complaint rather than the operative amended complaint.

    Accordingly,

    **IT IS HEREBY ORDERED** that Defendant's Motion to Strike, (ECF No. 7), is **DENIED** as moot. Defendant may file a renewed motion to strike as to the operative complaint by August 21, 2017.

    **DATED** this __8__ day of August, 2017.

                                          _____
                                          Gloria M. Navarro, Chief Judge
                                          United States District Judge